DUANE H. GILLMAN, ESQ.
Utah Bar No. 1194
JESSICA G. PETERSON, ESQ.
Nevada Bar No. 11243
jpeterson@djplaw.com
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue, Suite 200
Las Vegas, NV 89135
Telephone No. (702) 870-6060
Telephone No. (801) 415-3000
   **Attorneys for Defendant, Timothy S. Cory**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK WALSH and FRANK WALDRON,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TIMOTHY S. CORY,<br>Does I-X,<br><br>                    Defendants. | Case Number<br><br>2:10-cv-00559-KJD-PAL<br><br>**ORDER DISMISSING COMPLAINT** |

In December 2007, Defendant Timothy S. Cory ("Mr. Cory") was appointed to be a receiver in the Global Edge Trading LLC and The Private FX Trade Club, LLC. On April 19, 2010, Plaintiff's Patrick Walsh ("Mr. Walsh") and Frank Waldron ("Mr. Waldron"), by and through their counsel, filed a complaint seeking a money judgment against Mr. Cory for actions Mr. Cory took in his capacity and within his authority as a receiver. On May 10, 2010, Mr. Cory, by and through his counsel, filed a motion to dismiss this case pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject-matter jurisdiction because the Plaintiffs failed to obtain leave from the court in which Mr. Cory was appointed receiver. On May 24,

SLC_630412.1

2010, Mr. Walsh and Mr. Waldron, by and through their counsel, filed a response in agreement with the motion to dismiss.

IT IS HEREBY ORDERED THAT the motion to dismiss is GRANTED.

DATED: this 30th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

SLC_630412.1